# UNITED STATES DISTRICT COURT
## District of Columbia

Grover Fowler, Jr

**SUMMONS IN A CIVIL CASE**

V.

Elaine Chao, Secretary
U.S. Dept. of Labor

Case: 1:08-cv-00591
Assigned To : Lamberth, Royce C.
Assign. Date : 4/7/2008
Description: Employ Discrim.

TO: (Name and address of Defendant)

Elaine Chao, Secretary
U.S. Department of Labor
200 Constitution Avenue
Washington, D.C. 20210

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

APR - 7 2008

CLERK

(By) DEPUTY CLERK                    DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/23/08 |
| NAME OF SERVER (PRINT) Karen A. Abbott | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _U.S. Dept of Labor_  _200 Constitution Ave., N.W._

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were  x Tim Deane  Timothy Deane 3-7234

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  4/23/08
Date

*Signature of Server* Karen A. Abbott

929 Hamilton St. N.W.
Wash., DC 20011
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Grover Fowler, Jr.

Served Re: Secretary of Labor Elaine Chao